1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11   LARRY JAMES PORTER,                    Case No. 1:22-cv-00105-BAK (SKO) (PC)

12              Plaintiff,
                                            **ORDER FOLLOWING PLAINTIFF'S**
13        v.                                **RESPONSE TO ORDER TO SHOW CAUSE**
                                            **WHY MOTION TO PROCEED *IN FORMA***
14   O. RIVAS, et al.,                      ***PAUPERIS* SHOULD NOT BE DENIED**
                                            (Doc. 10)
15              Defendants.
                                            **ORDER EXTENDING DEADLINE FOR**
16                                          **PLAINTIFF TO SUBMIT FILING FEE**

17                                          **21-DAY DEADLINE**

18        Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

19   rights action. On January 25, 2022, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP")

20   pursuant to 28 U.S.C. § 1915. (Doc. 2.) According to the certified trust account statement

21   submitted by the California Department of Corrections and Rehabilitation, Plaintiff had $1,017 in

22   his inmate trust account as of December 29, 2021, less than one month before his filed his

23   motion. (Doc. 7.) This was more than enough to pay the $402 filing fee for this action. Plaintiff

24   then withdrew $1,000 from his account. (*See id.*) As a result, on January 27, 2022, the Court

25   issued an Order to Show Cause why the motion to proceed IFP should not be denied. (Doc. 8.)

26   Plaintiff filed his response on February 16, 2022. (Doc. 10.)

27        In Plaintiff's response, he advises the Court he intended to use a portion of the funds in

28   excess of $1,000 to pay the filing fee, however, "an unexpected [family] emergency . . .

necessitated the immediate withdrawal" of those funds. (Doc. 10 at 2.) Plaintiff further advises

that the "family emergency has been resolved" and he expects to have those funds reimbursed

soon, allowing for payment of the filing fee. (*Id.*) Plaintiff asks for a brief extension of time

within which to pay the filing fee. (*Id.*)  Plaintiff's request for an extension of time is reasonable.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request for an extension of time within which to pay the $402 filing fee is GRANTED.  Plaintiff shall have twenty-one days from the date of service of this order within which to pay the filing fee. Should Plaintiff require more than twenty-one days within which to comply, he should seek a further extension of time from the Court.

2. **Plaintiff is cautioned that a failure to comply with this order to pay the filing fee will result in a recommendation that the motion for IFP be denied and that this action be dismissed for failure to pay the filing fee.**

IT IS SO ORDERED.

Dated:    **February 17, 2022**                        /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE

2