UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER,<br><br>        Plaintiff,<br><br>    v.<br><br>O. RIVAS, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00105-BAK (SKO) (PC)<br><br>**ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AS MOOT** (Doc. 2) |

Plaintiff Larry James Porter ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action. On January 25, 2022, Plaintiff filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. 2.) Following the filing of the certified trust account statement submitted by the California Department of Corrections and Rehabilitation, the Court issued an Order to Show Cause why the motion to proceed IFP should not be denied. (Doc. 8.) On February 16, 2022, Plaintiff responded, seeking an extension of time within which to pay the filing fee. (Doc. 10.)

On February 17, 2022, the Court issued an Order extending the deadline within which Plaintiff was to submit the filing fee by 21 days. (Doc. 12.) On March 2, 2022, the Court received correspondence from Plaintiff indicating he had mailed a money order for payment of the filing fee, (Doc. 12), which were received by the Court on March 4, 2022. Because Plaintiff has now paid the filing fee, his application to proceed IFP is now moot.

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be DENIED as MOOT.

IT IS SO ORDERED.

Dated:   **March 9, 2022**           /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE