
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER,<br><br>  Plaintiff,<br><br> v.<br><br> O. RIVAS, et al.,<br><br>  Defendants. | Case No. 1:22-cv-00105-CDB (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANT**<br><br>**14-DAY OBJECTION PERIOD**<br><br>Clerk of the Court to Assign District Judge |

Plaintiff Larry James Porter is a state prisoner proceeding *pro se* in this civil rights action.

On February 7, 2023, the Court issued its First Screening Order, finding Plaintiff's complaint states a cognizable claim of deliberate indifference to serious medical needs against Defendant Rivas. (Doc. 16 at 5-7.) The Court further found that Plaintiff failed to state any other cognizable claim against any other named Defendant. (*Id.*) The Court therefore directed Plaintiff to file a first amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on the claims found cognizable. (*Id.* at 7-9.)

On February 23, 2022, Plaintiff filed a notice stating that he does not wish to amend his complaint and is "agreeable to proceeding only with [his] cognizable deliberate indifference to serious medical needs claim against Defendant Rivas." (Doc. 17.)

Accordingly, and for the reasons set forth in the Court's screening order (Doc. 16), the Court RECOMMENDS that:

1. Defendant T. Cisneros be DISMISSED; and,
2. The claims in Plaintiff's complaint be DISMISSED, *except* for its deliberate indifference to serious medical needs claims against Defendant Rivas, pursuant to 42 U.S.C. § 1983; and
3. The Clerk of the Court is directed to randomly assign a district judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **March 1, 2023**

UNITED STATES MAGISTRATE JUDGE