1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY JAMES PORTER,                     Case No. 1:22-cv-00105-KES-CDB (PC)

12                    Plaintiff,              **FINDINGS AND RECOMMENDATIONS TO
                                              DISMISS CERTAIN CLAIMS IN THE
13           v.                               FIRST AMENDED COMPLAINT**

14    O. RIVAS, et al.,                       **14-DAY OBJECTION PERIOD**

15                    Defendants.

16

17           Plaintiff Larry James Porter is a state prisoner proceeding pro se in this civil rights action.

18    **I.      INTRODUCTION**

19           On March 1, 2024, the Court issued its Second Screening Order. (Doc. 48.) The Court

20    found Plaintiff's first amended complaint plausibly alleges an Eighth Amendment deliberate

21    indifference to serious medical needs claim (claim one), a Fourteenth Amendment Equal

22    Protection Clause violation (claim three), and a state law equal protection violation (claim four),

23    against Defendant Rivas in her individual capacity. (Id. at 6-13.) Plaintiff failed to allege any

24    other cognizable claim against Defendant Rivas or any other defendant. Plaintiff was ordered to

25    select one of the following three options within 21 days of the date of service of the order: (1) to

26    notify the Court in writing that he did not wish to file a second amended complaint and was

27    willing to proceed *only* on the Eighth Amendment deliberate indifference to serious medical

28    needs claim and federal and state equal protection claims against Defendant Rivas in her

individual capacity; or (2) to file a second amended complaint curing the deficiencies identified by the Court in the screening order; or (3) to file a notice of voluntary dismissal. (*Id.* at 13-14.)

On March 18, 2024, Plaintiff filed a notice indicating he did not wish to file a second amended complaint and was willing to proceed "only on [his] cognizable Eighth Amendment, Deliberate Indifference to Serious Medical Needs, and Federal and State Equal Protection Violation claims against Defendant Rivas, pursuant to the [Second] Screening Order received from" the Court. (Doc. 52.)

## II.   CONCLUSION AND RECOMMENDATIONS

For the reasons set forth in the Court's Second Screening Order, the Court **RECOMMENDS** that:

1.  This action **PROCEED** *only* on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim (claim one), Fourteenth Amendment Equal Protection Clause violation (claim three), and a state law equal protection violation (claim four), against Defendant Rivas in her individual capacity; and

2.  Any remaining claims in Plaintiff's first amended complaint be **DISMISSED**.

These Findings and Recommendations will be submitted to the district judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). **Within 14 days** of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **March 19, 2024**

_____
UNITED STATES MAGISTRATE JUDGE