1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  EASTERN DISTRICT OF CALIFORNIA
10
11 | LARRY JAMES PORTER, | Case No. 1:22-cv-00105-KES-CDB (PC)
12 | Plaintiff, | **ORDER REGARDING NOTICE OF SETTLEMENT AND REQUEST TO VACATE DEADLINES**
13 | v. |
14 | O. RIVAS, et al., | (Doc. 55)
15 | Defendants. |

**INTRODUCTION**

Defendant O. Rivas filed a Notice of Settlement and Request to Vacate All Deadlines on June 3, 2024. (Doc. 55.) Specifically, Defendant states that the parties agreed to settle this case on May 20, 2024. (*Id*.) Defense counsel mailed settlement documents, including a stipulation for voluntary dismissal, to Plaintiff the following day. (*Id*.) Counsel has not yet received the documents back from Plaintiff, but notes prison mail can often be delayed. (*Id*.) Counsel asks the Court to vacate all deadlines in the Discovery and Scheduling Order due to the settlement. (*Id*.) Finally, counsel states he will promptly file a stipulation for voluntary dismissal upon receipt from Plaintiff. (*Id*.)

**CONCLUSION AND ORDER**

Based on the notice filed by Defendant, the Court **ORDERS** the parties to file dispositional documents **within 21 days** of the date of this order. *See* Local Rule 160.

1    Further, the Court **ORDERS** all deadlines set forth in the Discovery and Scheduling
2   Order issued November 21, 2023, and as modified by this Court's order issued March 13, 2024,
3   are **VACATED**.
4    Failure to timely comply with this order will result in the imposition of sanctions.
5   IT IS SO ORDERED.
6   Dated:  **June 4, 2024**  _____
7                                     UNITED STATES MAGISTRATE JUDGE

2