UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JAMES PORTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>O. RIVAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00105-KES-CDB (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 57) |

　　　　Plaintiff Larry James Porter is a state prisoner appearing pro se and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983.

　　　　On June 5, 2024, following the filing of a Notice of Settlement by Defendant, the Court issued its Order Regarding Notice of Settlement and Request to Vacate Deadlines, ordering the parties to file dispositional documents within 21 days. (Doc. 56.)

　　　　Later that same date, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 57.) The stipulation is signed and dated by Plaintiff Larry James Porter and by Alexander George Vicas, counsel for Defendant O. Rivas, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

//

//

//

Accordingly, this action is terminated by operation of law without further order from the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:  **June 6, 2024**

UNITED STATES MAGISTRATE JUDGE

2